RWP:skd

FILED by _____ D.C.
JAN 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6001-CR-DIMITROULEAS

18 U.S.C. § 371
18 U.S.C. § 513(a)
18 U.S.C. § 2

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN DELEON,
    a/k/a "John Deleonardis,"

    Defendant.
_____/

## INFORMATION

The Grand Jury charges that:

### COUNT I

1. Transeuro Holding, Inc. (Transeuro) was a holding company located in Deerfield Beach, Florida and operated by law enforcement personnel from the Federal Bureau of Investigation from August of 1996 through September of 1998.

2. From on or about March 4, 1998, and continuing to on or about April 22, 1998, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

JOHN DELEON,
a/k/a "John Deleonardis,"

did knowingly and willfully combine, conspire, confederate and agree with persons known to the United States Attorney, to make, utter and possess counterfeited and forged securities of an organization which operated in and the activities of which affected interstate and foreign commerce, that is, General Electric Capital Corporation, a New York corporation, with the intent to deceive another person and organization, in violation of Title 18, United States Code, Sections 513(a) and 2.

### OBJECT OF THE CONSPIRACY

3. It was an object of the conspiracy for the defendant JOHN DELEON and others to unjustly enrich themselves by selling phony General Electric Capital Corporation bearer bonds to Transeuro for a fee.

### MANNER AND MEANS OF THE CONSPIRACY

4. It was part of the conspiracy that defendant and a coconspirator would sell to Transeuro phony Securities, that is, General Electric bonds, in exchange for cash payment.

5. It was a further part of the conspiracy that defendant and a coconspirator would provide the phony bonds to Transeuro so that Transeuro could falsely inflate its financial holdings.

6. It was a further part of the conspiracy that the phony bonds would be sold to Transeuro so that Transeuro could use them

to satisfy the minimum statutory capital surplus which the West Virginia Insurance Commission required insurance companies to have before the company could receive a license to sell insurance in the state of West Virginia.

OVERT ACTS

7.   In furtherance of the conspiracy and to effect the object thereof, in the Southern District of Florida and elsewhere, at least one of the coconspirators herein committed at least one of the following overt acts, among others:

a.   On or about March 4, 1998, defendant JOHN DELEON offered to sell to a law enforcement agent representing Transeuro, 20 counterfeited and forged bearer bonds entitled "General Electric Capital Corporation," each evidencing a promissory note in the amount of $10,000, of General Electric Capital Corporation, a New York corporation, in exchange for a total of $20,000.

b.   On or about March 6, 1998, defendant JOHN DELEON faxed a copy of one of the bearer bonds to a law enforcement agent representing Transeuro in order to promote the sale of the counterfeited and forged General Electric Capital Corporation bonds.

c.   On or about March 11, 1998, defendant JOHN DELEON agreed, after negotiations, to sell to a law enforcement agent representing Transeuro, the 20 counterfeited and forged General

Electric Capital Corporation bearer bonds for $10,000.

  d. On or about March 12, 1998, defendant JOHN DELEON delivered to a law enforcement agent representing Transeuro, the 20 counterfeited and forged General Electric Capital Corporation bearer bonds belonging to a coconspirator.

  All in violation of Title 18, United States Code, Section 371.

THOMAS E. SCOTT
UNITED STATES ATTORNEY

RONALD G. DEWAARD
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JOHN DELEON
a/k/a "John Deleonardis"

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New Defendant(s)      Yes ___  No ___
Number of New Defendants    ___
Total number of counts    ___

**Court Division:** (Select One)

___ Miami    ___ Key West
_X_ FTL      ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) ___NO___
   List language and/or dialect _____

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days       _X_        Petty       ___
   II   6 to 10 days      ___        Minor       ___
   III  11 to 20 days     ___        Misdem.     ___
   IV   21 to 60 days     ___        Felony      _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) ___
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) ___NO___
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) ___NO___

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _X_ Yes  ___ No    If yes, was it pending in the Central Region? _X_ Yes  ___ No

_____
RONALD G. DEWAARD
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.

*Penalty Sheet attached                                                           REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:     JOHN DELEON a/k/a "John Deleonardis"     No.: _____

**Count #1:**

Conspiracy to utter and possess counterfeit securities

Title 18, United States Code, Section 371 and 513(a)

**\*Max. Penalty:**

5 years' imprisonment and $250,000 fine

Count #:

\*Max. Penalty:
Count #:

\*Max. Penalty:
Count #:

\*Max. Penalty:
Count #:

\*Max. Penalty:
Count #:

\*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:    JOHN DELEON a/k/a "John Deleonardis"    No.: _____

**Count #1:**

   Conspiracy to utter and possess counterfeit securities

   Title 18, United States Code, Section 371 and 513(a)

**\*Max. Penalty:**

   5 years' imprisonment and $250,000 fine

Count #: _____

\*Max. Penalty: _____
Count #: _____

\*Max. Penalty: _____
Count #: _____

\*Max. Penalty: _____
Count #: _____

\*Max. Penalty: _____
Count #: _____

\*Max. Penalty: _____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:   JOHN DELEON a/k/a "John Deleonardis"   No.: _____

**Count #1:**

Conspiracy to utter and possess counterfeit securities

Title 18, United States Code, Section 371 and 513(a)

**\*Max. Penalty:**

5 years' imprisonment and $250,000 fine

Count #:

\*Max. Penalty:
Count #:

\*Max. Penalty:
Count #:

\*Max. Penalty:
Count #:

\*Max. Penalty:
Count #:

\*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:    JOHN DELEON a/k/a "John Deleonardis"    No.: _____

**Count #1:**

Conspiracy to utter and possess counterfeit securities

Title 18, United States Code, Section 371 and 513(a)

**\*Max. Penalty:**

5 years' imprisonment and $250,000 fine

Count #:

\*Max. Penalty:
Count #:

\*Max. Penalty:
Count #:

\*Max. Penalty:
Count #:

\*Max. Penalty:
Count #:

\*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: JOHN DELEON a/k/a "John Deleonardis"   No.: _____

**Count #1:**

Conspiracy to utter and possess counterfeit securities

Title 18, United States Code, Section 371 and 513(a)

**\*Max. Penalty:**

5 years' imprisonment and $250,000 fine

Count #:

\*Max. Penalty:
Count #:

\*Max. Penalty:
Count #:

\*Max. Penalty:
Count #:

\*Max. Penalty:
Count #:

\*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name:     JOHN DELEON a/k/a "John Deleonardis"     No.: _____

**Count #1:**

    Conspiracy to utter and possess counterfeit securities

    Title 18, United States Code, Section 371 and 513(a)

**\*Max. Penalty:**

    5 years' imprisonment and $250,000 fine

Count #:

\*Max. Penalty:
Count #:

\*Max. Penalty:
Count #:

\*Max. Penalty:
Count #:

\*Max. Penalty:
Count #:

\*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

## BOND RECOMMENDATION

DEFENDANT  JOHN DELEON , AKA JOHN DELEONARDIS

$ 50,000 PSB           (Personal Surety, Recognizance, [Corp. Surety], Cash) (Jail) (On Bond)
                       (Warrant) (Summons) (Marshal's Custody)

_____
RONALD G. DEWAARD
ASSISTANT UNITED STATES ATTORNEY

Last Known Address:    _____

What Facility:         _____

Agent:                 _____
                       (FBI)(DEA)(IRS)(CUSTOMS)(INS)(OTHER)