UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal #_____

UNITED STATES OF AMERICA )
        Plaintiff ) Case Number: CR 00-6001-CR-Dim
                 ) REPORT COMMENCING CRIMINAL
   -vs-            )          ACTION
                 )
JOHN DeLEON )
        Defendant     55185-004

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office   MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court       (circle one)

[FILED by \_\_ D.C. FEB -9 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 2-9-00       am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: COUNTERFEIT

(4) U.S. Citizen [ ] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: 3-11-40

(6) Type of Charging Document: (check one)
    [ ] Indictment   [ ] Complaint To be filed/Already filed
    Case# 00-6001-CR-WPD

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES [ ]NO

Amount of Bond: $50,000 PSB
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____ (9) Arresting Officer: _____
(10) Agency: USMS       (11) Phone: 356-7256
(12) Comments: _____