# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

## WAIVER OF INDICTMENT

JOHN DELEON
    a/k/a "John Deleonardis"

CASE NUMBER: 00-6001-CR-WPD

FILED by __ D.C.
FEB -9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

I, __JOHN DELEON, a/k/a "John Deleonardis"__, the above named defendant, who is accused of conspiracy to make, utter and possess counterfeited and forged securities in violation of Title 18, United States Code, Section 371,

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on

__2/9/00__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.
Date

 

__[signature]__
Defendant
JOHN DELEON a/k/a "John Deleonardis"

__[signature]__
Counsel for Defendant
STEVEN KASSNER, ESQUIRE

Before __[signature]__
Judicial Officer