UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6001-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

JOHN DELEON

ARRAIGNMENT INFORMATION SHEET

*[FILED stamp: FEB -9 2000, CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA. FT. LAUD.]*

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on FEBRUARY 9, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:          Address: __ON BOND FORM__

                    Telephone: _____

DEFENSE COUNSEL:    Name: __STEVEN KASSNER__

                    Address: _____

                    Telephone: _____

BOND SET:           $__50,000 PSB__

Bond hearing held: yes____ no____   Bond hearing set for_____

Dated this __9TH__ day of __FEBRUARY__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _[signature]_
Deputy Clerk

Tape No. 00-__008__

cc: Copy for Judge
    U. S. Attorney