COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JOHN DELEON (surrender)        CASE NO: 00-6001-CR-DIMITROULEAS
AUSA: RONALD DEWAARD /Thompson/      ATTY: STEVEN KASSNER
AGENT: _____       VIOL: 18:371; 513(a)
PROCEEDING I/A ON INFORMATION         RECOMMENDED BOND 50,000 PSB
BOND HEARING HELD - yes/~~no~~         COUNSEL APPOINTED
        BOND SET @ 50,000 PSB
        SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS / x's a wk/month *every other* by phone;   x's a wk/month in person
3) Travel extended to:

waiver of indictment executed

Reading of INFO waived
Not guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
                         PTD/BOND HRG:
                         PRELIM/ARRAIGN:
                         REMOVAL HRG:
                         STATUS CONF:

Date: 2/9/00   Time 11:00   FTL/LSS TAPE #00-008   Begin: 1544   End: 1777