UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

V.   CASE NO. 00-6001-CR-DIMITROULEAS

JOHN DELEON

TYPE OF CASE:       CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS

PLACE:
299 E. BROWARD BLVD.           COURTROOM 203E
FT. LAUDERDALE, FL 33301       DATE & TIME:
                               **FEBRUARY 24, 2000 AT 9:00 A.M.**

TYPE OF        CHANGE OF PLEA
HEARING:

CLARENCE MADDOX,
CLERK OF COURT

DATE: February 15, 2000

BY DEPUTY CLERK

cc: Ronald Dewaard AUSA
    Steven Kassner, Esq.