# CRIMINAL MINUTES



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
## HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6001-CR-WPD   DATE: February 24, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS. _____

U.S. ATTORNEY: Ron Ouwerkerk   DEFT. COUNSEL: Steven Kassner

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn & questioned by Court. Deft to plead Guilty to Information. Court accepts Guilty plea.

JUDGMENT: _____

CASE CONTINUED TO: 5/5/00   TIME: 11:00   FOR: Sentencing
MISC: Written plea agreement filed.

