RGD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6001-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOHN DELEON,

        Defendant.
_____/

FILED by _____ D.C.

MAY 05 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## MOTION FOR REDUCTION OF SENTENCE

The United States of America, by and through the undersigned Assistant United States Attorney, files this motion for reduction of sentence pursuant to United States Sentencing Guideline §5K1.1, and as grounds therefore states the following:

1. The above-named defendant entered a guilty plea on February 24, 2000, to the charge of conspiracy to possess forged securities.

2. Before and after his plea of guilty, defendant cooperated with the government in an investigation of another person who has committed an offense, and that cooperation has risen to the level of substantial assistance.

3. Based upon the substantial assistance provided by the defendant to the government, the government moves this Court to depart downward from defendant's applicable guideline under the United States Sentencing Guidelines at the time of sentencing.

4. The United States will be prepared to present to the Court the nature and extent of



defendant's cooperation at the time of sentencing, as well as to recommend to the Court the government's position on the appropriate degree of the departure.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
RONALD G. DEWAARD
ASSISTANT U.S. ATTORNEY
Court No. A5500242
99 N.E. 4th Street
Miami, Florida 33132
Tel. 305-961-9021
Fax 305-536-5321
E-Mail address
RONALD.DEWAARD@justice.usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was ~~mailed~~ hand-delivered this ~~28th~~ 4th day of ~~April~~ May, 2000 to:

Steven H. Kassner          (Counsel for John Deleon)
815 Ponce De Leon Blvd.
No. 303
Coral Gables, Fl. 33134-3007

_____
RONALD G. DEWAARD
ASSISTANT U.S. ATTORNEY

2