# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED _____ D.C.
MAY 0 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6001-CR-WPD      DATE: May 5, 2000

COURTROOM CLERK: Karen A. Carlton      COURT REPORTER: Bob Ryckoff

PROBATION: _____      INTERPRETER: _____

UNITED STATES OF AMERICA   VS. John Deleon

U.S. ATTORNEY: Roneic Benward      DEFT. COUNSEL: Steven Kasner

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed: Gov't has filed a 5K1.1 which is granted by the court. 18 months probation, the first 3 months are to be spent in home arrest. No fine, $100.00 assessment.

JUDGMENT: _____

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: _____

