# United States District Court

## Southern District of Florida

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| **JOHN DELEON** | Case Number: **0:00CR06001-001** |
| | Steven Kassner, Esq./Ronald DeWaard, AUSA |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s) 1

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to Make, Utter, or Possess Counterfeited Securities | 04/22/1998 | 1 |

FILED by _____ D.C.

MAY 0 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **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**

Defendant's Date of Birth: **03/11/1940**

Defendant's USM No. **55195-004**

Defendant's Residence Address:
**2841 NE 32nd Street, #11**
**Fort Lauderdale        FL    33306**

Defendant's Mailing Address:
**2841 NE 32nd Street, #11**
**Fort Lauderdale        FL    33306**

05/05/2000
Date of Imposition of Judgment

Signature of Judicial Officer

**WILLIAM P. DIMITROULEAS**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

May 5, 2000
Date



No further action required by
the U.S. Marshals Service.

James A Tassone
UNITED STATES MARSHAL

Fred D Prapa SDUSM